MEMORANDUM OPINION



No. 04-04-00741-CR



David Cepeda JONES,


Appellant



v.



The STATE of Texas,


Appellee



From the County Court at Law No. 8, Bexar County, Texas


Trial Court No. 887946


Honorable Karen Crouch, Judge Presiding



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: November 3, 2004


DISMISSED FOR LACK OF JURISDICTION

 David Cepeda Jones filed a notice of appeal stating that he is appealing from the judgment
rendered against him. However, there is no judgment of conviction in this case. Rather, the trial court
dismissed the underlying cause on motion of the State. We do not have jurisdiction to review an order
of dismissal. See Petty v. State, 800 S.W.2d 582, 583 (Tex. App.--Tyler 1990, no pet.). We,
therefore, dismiss this appeal for lack of jurisdiction.

 PER CURIAM

Do not publish